190 So.2d 568

**Ex parte Leslie THOMAS.**

**6 Div. 235.**

Court of Appeals of Alabama.

Sept. 27, 1966.

Leslie Thomas, pro se.

Richmond M. Flowers, Atty. Gen., for respondent.

CATES, Judge.

Original petition for mandamus to the Circuit Court of Tuscaloosa County. The object is to expedite a coram nobis proceeding.

On authority of Ex parte Goodman, ante p. 183, 185 So.2d 146, the petition, because it fails to show that the original conviction was appealable to this court, is hereby

Dismissed.

190 So.2d 568

**Ex parte Owens PENNY.**

**2 Div. 146.**

Court of Appeals of Alabama.

Sept. 27, 1966.

Owens Penny, pro se.

Richmond M. Flowers, Atty. Gen., for respondent.

CATES, Judge.

This is an original action for mandamus to expedite a coram nobis suit in the Hale Circuit Court.

We are not informed as to the crime of which Penny stands convicted. In this posture the mandamus jurisdiction of this court is not invoked. See Ex parte Goodman, ante p. 183, 185 So.2d 146.

The petition is

Dismissed.